UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-81572 CIV MARRA

BENNIE ROBINSON,
    Plaintiff(s)

vs.

CITY OF BOYNTON BEACH, a
Florida municipal corporation, and
JUSTIN HARRIS, individually,
    Defendant(s).
_____/

## VERDICT

We, the jury, unanimously find as follows:

### Special Interrogatories

Please answer the following questions regarding what occurred at the traffic stop on August 11, 2013 prior to Bennie Robinson's arrest based upon what you find by a preponderance of the evidence:

1. Did Justin Harris visually perceive the vehicle Bennie Robinson was a passenger in traveling at a speed in excess of the speed limit?

    Yes __✓__    No _____

2. Did Bennie Robinson interrupt Steven Mills or Justin Harris while they were speaking to Shayla Valentine during the traffic stop?

    Yes __✓__    No _____

3. Did Bennie Robinson open the passenger side door of the vehicle during the traffic stop before being instructed to exit the vehicle?

    Yes __✓__    No _____

4. Did Bennie Robinson use threatening language towards Justin Harris?

    Yes __✓__    No _____

1

5. Was Bennie Robinson yelling during the traffic stop?

   Yes ___✓___                              No _____

6. Did Bennie Robinson clench his fists towards Justin Harris?

   Yes ___✓___                              No _____

7. Did Bennie Robinson cause Justin Harris to be in fear for his personal safety?

   Yes ___✓___                              No _____

8. Did Bennie Robinson divert the officers' attention from the driver of the vehicle, Shayla Valentine?

   Yes ___✓___                              No _____

9. Did Bennie Robinson, by his words, conduct, or a combination thereof, obstruct the officers in their execution of the traffic stop?

   Yes ___✓___                              No _____

10. Was Bennie Robinson's criticism of the actions, conduct, or decisions of a law enforcement officer a substantial or motivating factor in Justin Harris's decision to cause the arrest of Bennie Robinson?

    Yes _____                             No ___✓___

## Constitutional Claims

1.  Did Bennie Robinson prove by a preponderance of the evidence that Justin Harris deprived him of his rights under the Fourth Amendment by causing the arrest of Bennie Robinson without probable cause?

    Yes _____                             No ___✓___

2.  Did Bennie Robinson prove by a preponderance of the evidence that Justin Harris deprived him of his rights under the First Amendment by arresting him in retaliation for words or conduct protected under the First Amendment?

    Yes _____                             No ___✓___

    If your answer is "No," to both questions 1 and 2, proceed to question 5. If your

answer is "Yes," to question 1 or 2, go to the next question.

3. Do you find by a preponderance of the evidence that Bennie Robinson should be awarded compensatory damages against Justin Harris for violation of his rights?

Yes _____    No _____

        If your answer is "Yes,"
        in what amount?    $_____

4. Do you find by a preponderance of the evidence that punitive damages should be assessed against Justin Harris?

Yes _____    No _____

        If your answer is "Yes,"
        in what amount?    $_____

**State Law Claims**

5. Did Bennie Robinson prove by a preponderance of the evidence that Justin Harris caused his arrest without probable cause?

Yes _____    No \_\_\_\_✓_____

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

6. Did Bennie Robinson prove by a preponderance of the evidence that by causing the arrest of Bennie Robinson, Justin Harris acted in bad faith, with malicious purpose, or in a manner exhibiting wanton and willful disregard of human rights, safety, or property?

Yes _____    No _____

7. Do you find by a preponderance of the evidence that Bennie Robinson should be awarded compensatory damages on his claim of false arrest under Florida law?

3

 Yes  _____     No _____

    **If your answer is "Yes,"**
    **in what amount?**    $_____

Proceed to answer question 8 only if you answered "Yes" to question 6. If you answered "No" to question 6, this ends your deliberations, and your foreperson should sign and date the last page of this verdict form.

**8.**   **Do you find by a preponderance of the evidence that punitive damages should be assessed against Justin Harris?**

 Yes _____     No _____

    **If your answer is "Yes,"**
    **in what amount?**    $_____

You have now completed the verdict form. Please sign and date the form.

SO SAY WE ALL.

_____
Foreperson's Signature

DATE: 9/6/18